UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546<br>Plaintiff,<br><br>vs.<br><br>ILLINOIS AMERICAN WATER COMPANY<br>Defendant | Case No. 08 C 1411<br><br>Judge Conlon<br>Magistrate Judge Valdez |

### NOTICE OF MOTION

TO:   Terry L. Potter
Blackwell, Sanders, Peper, Martin, LLP
720 Olive Street- Suite 2400
St. Louis, Missouri 63101

Illinois-American Water Company
1000 International Parkway
Woodridge, Illinois

   PLEASE TAKE NOTICE that on Thursday, March 20, 2008 at 9:00 a.m., I shall appear before the Honorable Suzanne B. Conlon, United States District Court Judge for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Room 1743, Chicago, IL 60604, and then and there move for the entry of an Order to confirm and enforce the arbitrator's award for the reasons set forth in the Application to Confirm an Arbitrator's Award, a copy of which has been previously served upon you and another copy is attached hereto.

                                         Respectfully submitted,


                                         /s/ Charles Orlove
                                         Charles Orlove
                                         One of Plaintiff's Attorneys

Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-6145
(312) 372-1646

## CERTIFICATE OF SERVICE

I, Charles Orlove, an attorney, certify that I caused the foregoing **NOTICE OF MOTION** to be served this 13th day of March, 2008 by next day express delivery to:

>Terry L. Potter
>Blackwell, Sanders, Peper, Martin, LLP
>720 Olive Street- Suite 2400
>St. Louis, Missouri 63101
>Counsel appearing for the Employer
>
>Illinois-American Water Company
>1000 International Parkway
>Woodridge, Illinois

    /s/Charles Orlove
    Charles Orlove

Charles Orlove
Jacobs, Burns, Orlove, Stanton and Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
Phone: 312.3227-3426
Facsimile: 312.580-7175
E-Mail: corlove@jbosh.com