U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 C 1411

UNITED FOOD & COMMERCIAL WORKERS LOCAL 1546
V.
ILLINOIS AMERICAN WATER COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ILLINOIS AMERICAN WATER COMPANY

| | |
|---|---|
| NAME (Type or print) Terry L. Potter | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Terry L. Potter | |
| FIRM Husch Blackwell Sanders LLP | |
| STREET ADDRESS 720 Olive Street, Suite 2400 | |
| CITY/STATE/ZIP St. Louis, Missouri 63101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3129064 | TELEPHONE NUMBER 314-345-6000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |