UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| UNITED FOOD AND COMMERCIAL ) | CASE No. 08 C 1411 |
| WORKERS LOCAL 1546 ) | |
| ) | **Judge Conlon** |
| Plaintiff, ) | **Magistrate Judge Valdez** |
| ) | |
| v. ) | |
| ) | |
| ILLINOIS AMERICAN WATER ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESET HEARING AND REQUEST FOR BRIEFING SCHEDULE

Comes now Defendant, Illinois American Water Company ("American Water"), by and through the undersigned attorneys, and hereby requests this Court reset the hearing of March 20, 2008 to a mutually convenient date so that Defendant Illinois American Water Company is afforded an opportunity to respond appropriately to Plaintiff's Motion. In so requesting, Defendant American Water offers the following:

1.  Plaintiff initiated this action one week ago on March 10, 2008 by filing an "Application to Confirm an Arbitrator's Award" under the purported jurisdiction of the Federal Arbitration Act.

2.  Defendant American Water plans to respond timely to Plaintiff's Application and in so doing also plans to file a separate claim or counterclaim against Plaintiff requesting this Court vacate the arbitrator's award.

3. Without contacting counsel for the Defendant, Plaintiff's attorney unilaterally noticed up its Application to be heard and argued on March 20, 2008. American Water and its attorney received a copy of Plaintiff's Notice of Motion on Friday, March 14, 2008.

4. Inasmuch as the Application was filed only seven days ago, American Water has not had an adequate opportunity to form its responsive pleading, its arguments or its counterclaim with respect to Plaintiff's Application to Confirm an Arbitrator's Award.

5. Moreover, American Water's primary counsel is located in St. Louis, Missouri and not available to appear on March 20, 2007 in the Northern District of Illinois.

6. Ultimately, Defendant believes this Court will decide the merits of Plaintiff's Application and Defendant's planned counterclaim on cross motions for summary judgment. Therefore, this Court would benefit from entering a briefing schedule for the parties before ruling on Plaintiff's Application to Confirm an Arbitrator's Award.

WHEREFORE, Defendant American Water requests this Court reset the hearing scheduled for March 20, 2008 to a mutually convenient time and institute a briefing schedule so that the parties have adequate time to form their arguments and Defendant is not prejudiced by this Court entering an Order against it without having an opportunity to respond.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/ Terry L. Potter
Terry L. Potter #3129064
720 Olive Street – Suite 2400
St. Louis, Missouri 63101
(314) 345-6000
(314) 345-6060 (facsimile)
Terry.Potter@huschblackwell.com

Counsel for Defendant American Water

## CERTIFICATE OF SERVICE

The undersigned certifies on this 17th day of March, 2008, a copy the foregoing was served upon the following individual via the Court's electronic case management system and a courtesy copy delivered to the Court via hand delivery.

Charles Orlove
Jacobs, Burs, Orlove, Stanton and Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603

/s/ Terry L. Potter