## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1411 | **DATE** | 3/20/08 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS AMERICAN WATER COMPANY | | |

**DOCKET ENTRY TEXT**

Defendant's motion [7] to reset a "hearing on March 20, 2008" is moot. No hearing has been set by this court on March 20, 2008. See order of March 17, 2008 setting status hearing on April 15, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|