

## LAST CHANCE AGREEMENT

This Agreement is between Glen Williams (Employee), Illinois-American Water Company (Company) and UFCW Local #1547 (Union).

1.    On August 18, 2006 and November 7, 2006, the Company issued letters citing the Employee for two separate violations of the Code of Conduct Number 12 – Neglect of Assigned Duties. Under the Code of Conduct, the Employee normally would be subject to termination for a second violation of that provision. Because of circumstances in this case, the parties desire to give the Employee an opportunity to continue his employment, on a last chance basis, subject to the following conditions:

- The Employee will be suspended for thirty (30) days without pay effective November 7, 2006. The Employee acknowledges that the Company had just cause to issue this suspension.
- The Employee will make restitution for the overpayment (difference in pay between his Operator pay rate and the Operator in Training pay rate) for not having his IEPA Class A Water License from 1/1/06 through the most recent date Employee received payment at the higher rate. The Employee will arrange a payment schedule with the Company within two weeks after he signs this Agreement. Restitution will be completed within a 12 month period.
- The Employee will obtain an IEPA Water License, at least at a Class "B" level, within six months from the signing of this Agreement.

2.    Failure to comply with any of these conditions will result in immediate termination. Further, any future violation of Company policy or procedures, including the Code of Ethics, the Safety Code or the Code of Conduct, will result in the Employee's immediate termination. The Union and the Employee expressly waive any right to file a grievance or other claim regarding Employee's discharge under this Agreement, except to contest the fact of what occurred. If the conduct occurred, an Arbitrator will not have any authority to modify the discharge to a lesser penalty.

3.    The Employee and the Union agree not to disclose the terms and conditions of this Agreement or the negotiations leading up to this Agreement to any third party unless authorized to do so by the Company or required by law.

4.    In consideration for this Agreement, the Employee agrees to release the Company (and all related persons and entities) and the Union (and all related persons and entities) from all claims, actions, demands or liabilities for injuries or damages or other remedy, whether known or unknown, regarding the suspension of his employment and the effects of the suspension. Employee's release includes all claims under the law and all grievances under the Collective Bargaining Agreement.

5.    This Agreement reflects the parties' entire agreement, and it merges all agreements, representations, and understandings among the parties, whether oral or written, or both. As to Employee, this Agreement supersedes any conflicting provision or right under the parties' collective bargaining agreement. This Agreement may only be changed by a writing signed by all of the parties.

1





6. Any disputes regarding the meaning of this Agreement will be resolved solely through the parties' collective bargaining agreement grievance-arbitration procedure.

7. The parties agree to each provision and term of this Agreement. Any invalid provision or term shall not invalidate the remaining provisions and terms.

8. The Employee understands the meaning of this Agreement and the Employee's responsibilities under this Agreement. The Employee voluntarily agrees to these terms because they are in the Employee's best interest and waives any right to further advice regarding the Agreement or further time to consider the Agreement.

9. This Agreement is made on a non-precedent setting basis. That is, it shall neither be used nor referred to in the case of any other employee.

IN WITNESS WHEREOF, the parties have executed this Last Chance Agreement.

_____  11/7/06
EMPLOYEE                   Date

_____  11/7/06
Chris Martens
FOR THE UNION              Date

_____  11/7/06
FOR THE COMPANY            Date

2