**American Arbitration Association**
*Dispute Resolution Services Worldwide*

## LABOR ARBITRATION RULES
### Demand for Arbitration

*MEDIATION: Please consult the AAA regarding mediation procedures. If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box* ☐

| Name of Respondent ☒Employer or ☐Union | | | Name of Representative (if known) | | |
|---|---|---|---|---|---|
| ILLINOIS-AMERICAN WATER COMPANY | | | Terry L. Potter | | |
| Contact Person | | | Name of Firm (if applicable) | | |
| Maxine Mitch | | | Blackwell Sanders Peper Martin LLP | | |
| Address: | | | Representative's Address: | | |
| 1000 Internationale Parkway | | | 720 Olive Street, Suite 2400 | | |
| City | State | Zip Code | City | State | Zip Code |
| Woodridge | IL | 60517-4924 | St. Louis | MO | 63101 |
| Phone No. | | Fax No. | Phone No. | | Fax No. |
| 314-996-2321 | | | 314-345-6438 | | 314-345-6060 |
| Email Address: | | | Email Address: tpotter@blackwellsanders.com | | |

The named claimant, a party to an arbitration agreement dated 5/11/2006, which provides for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**Nature of Grievance:**
Discipline

**Name of Grievant(s) (if applicable):**
Union on behalf of Ken Nelson, Dan Leppert and Glenn C. Williams

**Claim or Relief Sought:**
Cancel or amend discipline and restore lost wages and forced payments by employees

**REMINDER:** You can file your case online by visiting the AAA's website at www.adr.org. Please select "AAA Webfile" from the list of side menu options. You may also wish to visit the "Labor" "Focus Area" for a complete list of our administrative services and procedures, including our Expedited Procedures.

AMOUNT OF FILING FEE ENCLOSED WITH THIS DEMAND (please refer to the rules for the appropriate fee) $ 175.00

THE FILING PARTY REQUESTS THAT HEARINGS BE HELD AT THE FOLLOWING LOCALE: To be determined

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association office located in Chicago, IL, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within ten days after notice from the AAA.

| Signature (may be signed by a representative) | Date: 2/7/07 | Name of Representative |
|---|---|---|
| | | Charles Orlove |
| Name of the Claiming ☒Union or ☐ Employer | | Name of Firm (if applicable) |
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 | | Jacobs Burns Orlove Stanton & Hernandez |
| Address (to be used in connection with this case): | | Representative's Address: |
| 1649 W. Adams Street | | 122 S. Michigan Ave., Suite 1720 |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Chicago | IL | 60612 | Chicago | IL | 60603 |
| Phone No. | | Fax No. | Phone No. | | Fax No. |
| 312-733-2999 | | 312-733-4369 | 312-327-3426 | | 312-580-7175 |
| Email Address: | | | Email Address: corlove@jbosh.com | | |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement or relevant contract language, along with the filing fee as provided for in the Rules, to the AAA. Send the original Demand to the Respondent.

AAA Customer Service can be reached at 800-778-7879

JX 2