| | |
|---|---|
| Raymond R Rossa<br>11/22/2006 04:53 PM | To: Michael R Jackson/ILAWC/AWWSC@AWW<br>cc:<br>Subject: Third step notification |

Dear Mr. Jackson,

This is to notify you that the union has received second step responses to three grievances regarding discipline given to Ken Nelson, Glenn Williams and Dan Leppert. Since we were unable to resolve these grievances, the union intends on proceeding to a third step. Our business agent Wayne Clavio will be in contact with you to schedule a third step meeting.

Thank you,
Ray Rossa

UX4