*Rec. 3/5/07*


Illinois
American Water®

March 2, 2007

Mr. Glenn C. Williams
6N 210 Circle Ave.
Medinah, IL 60157

Dear Mr. Williams:

    As you know, on November 7, 2006, the Company met with you and your union representative to discuss a disciplinary matter that would ordinarily have resulted in the termination of your employment. In lieu of terminating your employment, the Company tendered a Last Chance Agreement which you reviewed and executed, in conjunction with your union representation. In order to prevent your termination, you had to follow all of the conditions set forth in the Last Chance Agreement. However, since that date, you have failed to comply with the terms and agreements as set forth in the Last Chance Agreement, therefore, subjecting yourself to immediate termination.

    To the extent you have been advised to do so by the Union, we have informed the Union of the Company's position in an effort to resolve this matter amicably and so you would not be subject to termination. However, the Union has taken a position, on your behalf, which rejects any efforts on the Company's part to salvage this situation.

    Accordingly, effective with the date of this letter, your employment is terminated with respect to Illinois-American Water Company.

Sincerely,

ILLINOIS-AMERICAN ATER COMPANY

Stephen J. Phillips
Operations Superintendent


cc:
    Maxine Mitch  HR St Louis
    Tracy Elzemeyer, Legal, St. Louis
    Doug Mitchem, St. Louis
    Mike Jackson, Belleville
    Kevin Dunn, St. Louis
    Aaron Holden, Union Stewart
    Ray Rossa, Chief Stewart

