CITIZENS UTILITIES COMPANY OF ILLINOIS
RECORD OF STEP 1 GRIEVANCE ACTIVITY

☐ Dept. Manager
☐ Human Resources

Employee: __GLENN WILLIAMS__  Employee's Position: __OPERATOR__

Union Steward: __RAY ROSSA__  Date of Alleged Occurrence: __MARCH 2, 2007__

Relevant Contract Provision: Article __XIV & XV__  Section __14.1 & 15.1__

Verbal Grievance Presented to: __JOHN STEIN__ on __MARCH 8, 2007__

Step 1 Meeting held at: __WOODRIDGE__ on __MARCH 8, 2007__

Description of Grievance: __GLENN WILLIAMS WAS TERMINATED WITHOUT JUST CAUSE.__

Response of Supervisor at Step 1: __Did Not Receive A Response At From Company Step 1__

Supervisor's Signature: _____  Date: _____

GRIEVANCE FORM.DOC 01/00

UX6