# CITIZENS UTILITIES COMPANY OF ILLINOIS

Human Resources

## RECORD OF STEP 1 GRIEVANCE ACTIVITY

Employee: Glen Williams     Employee's Position: Operator-in-Charge

Union Steward: Chris Martens     Date of Alleged Occurrence: 11-7-06

Relevant Contract Provision:     Article 14, 15     Section 14.1, 15.1

Verbal Grievance Presented to: John Stein     on 11-10-06

Step 1 Meeting held at: 11/13/2006 Woodridge     on _____

Description of Grievance: The Union feels the discipline was to severe.

Response of Supervisor at Step 1: Denied, no change in discipline

Supervisor's Signature: _____     Date: 11/13/2006

GRIEVANCE FORM.DOC 01/00