## CITIZENS UTILITIES COMPANY – RECORD OF STEP 2 GRIEVANCE ACTIVITY

Employee: Glen Williams    Date of Alleged Occurrence: 11-7-06

Relevant Contract Provision:    Article 14, 15    Section 14.1, 15.1

Step 1 Verbal Grievance Presented to: John Stein    on 11-~~10~~-11-10-06

Step 2 Grievance Presented to: Steve Phillips on 11/16/06 by Chris Martens

Statement of Grievable Incident: ALL PUNISHMENT RELATED TO his WATER LICENSE EXPIRING

Union Position: We feel the punishment is to severe & would like a Reduction

Step 2 Meeting held at Woodridge Office on 11/16/06
Participants: Steve Phillips, Chris Martens
Company Position: Denied

Matter resolved at Step 2 ☐    Unresolved ☑
Union Steward's Signature: Chris Martens    Date: 11/16/06
Manager's Signature: [signature]    Date: 11/16/06

Copy to: Steward or Employee, Department Manager, and Human Resources    GRIEVANCE FORM.DOC 01/00

*First three lines on reverse side must be filled out by Steward before forwarding to Human Resources*    UX9