December 21, 2006
To: Wayne Clavio
From: Mike Jackson
RE: Response to third step meeting December 8, 2006 (Williams, Nelson and Leppert)

I am writing to respond to several issues raised during the third step meeting about the grievances filed challenging discipline issued to the three employees identified above and to propose a resolution to the grievances.

As already noted when we met, the Company feels that the discipline issued to these three employees is warranted under the circumstances. However, in the effort to resolve these grievances, the Company, on a non-precedent setting basis, will offer the following.

I must receive a by December 29, 2006 or the Company will assume the matter will proceed under the grievance procedure, and these grievances will be considered denied by the Company at the third step.

In order to respond, you may contact me via mail, e-mail, phone, or fax at:

Mike Jackson
300 North Water Works Dr.
Belleville, IL 62223
Office 618 239 3238
Cell   618 830 1771
Fax    618 236 1186
E-mail mjackson@illinoisamerican.com

Sincerely,

*Michael R. Jackson*

Michael R. Jackson
Production Manager IL/IA
American Water