Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1411 | **DATE** | 4/14/2008 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS-AMERICAN WATER COMPANY | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [12] to strike defendant's answer and counterclaim is taken under advisement. Defendant shall respond by April 22, 2008.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-01411   Document 13   Filed 04/14/2008   Page 1 of 1

08C1411 UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS-AMERICAN WATER COMPANY   Page 1 of 1