# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1411 | **DATE** | 4/15/2008 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS AMERICAN WATER COMPANY | | |

**DOCKET ENTRY TEXT**

Status hearing held. Dispositive motions are due by May 16, 2008. Responses shall be filed by June 5, 2008, and any replies are due by June 12, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08C1411 UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS AMERICAN WATER COMPANY Page 1 of 1