Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1411 | **DATE** | 5/19/2008 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 vs. ILLINOIS AMERICAN WATER COMPANY | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw its answer and counterclaim and for leave to file a cross application to vacate [16] is granted. Defendant's answer [10] and counterclaim [11] are withdrawn. Plaintiff's motion to strike defendant's answer and counterclaim [12] is moot. On the court's own motion, the deadline for filing dispositive motions is extended to 06/05/08. Responses shall be filed by 06/25/08 and any replies are due by 07/2/08.

*Suzanne B. Conlon*

*TF attys*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|