UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| UNITED FOOD AND COMMERCIAL ) | CASE No. 08 C 1411 |
| WORKERS LOCAL 1546 ) | |
| ) | Judge Conlon |
| Plaintiff, ) | Magistrate Judge Valdez |
| ) | |
| v. ) | |
| ) | |
| ILLINOIS AMERICAN WATER ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant, Illinois-American Water Company ("Illinois American Water Company"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56, hereby moves for summary judgment on its Motion to Vacate an Arbitrator's Award. The Arbitrator in this case ignored the plain language of the parties' Collective Bargaining Agreement and Last Chance Agreement, and dispensed his own brand of industrial justice by issuing an award that failed to draw its essence from the Last Chance Agreement. As such, the arbitrator exceeded his powers and so imperfectly executed them, that a mutual, final, and definite award upon the subject matter submitted was not made. No genuine issue of material fact exists and, therefore, Illinois American Water is entitled to the requested judgment as a matter of law. The grounds and authorities in support of this Motion are set forth fully in the accompanying Memorandum in Support of Motion for Summary Judgment, along with the Statement of Uncontroverted Material Facts.

STLD01-1420888-1

WHEREFORE, Illinois American Water respectfully requests that the Court grant its Motion, enter judgment in its favor vacating the February 21, 2008 award of Arbitrator Martin H. Malin, and award any further relief the Court deems just and appropriate.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/ Terry L. Potter
Terry L. Potter #3129064
720 Olive Street – Suite 2400
St. Louis, Missouri 63101
(314) 345-6000
(314) 345-6060 (facsimile)
Terry.Potter@huschblackwell.com

Counsel for Defendant Illinois-American Water Company

## CERTIFICATE OF SERVICE

The undersigned certifies on this 5th day of June, 2008, a copy the foregoing was served upon the following individual via the Court's electronic case management system:

Charles Orlove
Jacobs, Burs, Orlove, Stanton and Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603

/s/ Terry L. Potter