IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546<br>Plaintiff,<br><br>vs.<br><br>ILLINOIS AMERICAN WATER COMPANY<br>Defendant | Case No. 08 C 1411<br><br>Judge Conlon<br>Magistrate Judge Valdez |

## MOTION FOR SUMMARY JUDGMENT

The United Food and Commercial Workers Local 1546 ("Union"), hereby moves for summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 (a). Accompanying this motion is the Union's Statement of Material Facts and Supporting Memorandum of Law.

Respectfully submitted,


/s/Charles Orlove
One of Plaintiffs Attorneys

Charles Orlove
Jacobs, Burns, Orlove, Stanton and Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603-6145
Phone: 312-327-3426
Facsimile: 312-580-7175
E-Mail: corlove@jbosh.com

## CERTIFICATE OF SERVICE

      I, Charles Orlove, an attorney, certify that I caused the foregoing document to be served upon the following person by filing it using the ECF system on June 6, 2008:

        Terry L. Potter
        Husch Blackwell Sanders LLP
        720 Olive Street - Suite 2400
        St. Louis, Missouri 63101

          /s/ Charles Orlove
          Charles Orlove