# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1411 | **DATE** | 7/24/2008 |
| **CASE TITLE** | UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 v. ILLINOIS AMERICAN WATER COMPANY | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for summary judgment [20] is granted and defendant's cross-motion [18] is denied. Summary judgment is entered for plaintiff United Food and Commercial Workers Local 1546 and against defendant Illinois American Water Company. The arbitration award is confirmed. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08 C 1411 UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 v. ILLINOIS AM. WATER CO.

Page 1 of 1