# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1546 | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1411 |
| ILLINOIS AMERICAN WATER COMPANY | |

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for plaintiff United Food and Commercial Workers Local 1546 and against defendant Illinois American Water Company. The arbitration award is confirmed.

Michael W. Dobbins, Clerk of Court

Date: 7/24/2008     /s/ Willia Harmon, Deputy Clerk