UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| UNITED FOOD AND COMMERCIAL ) | CASE No. 08 C 1411 |
| WORKERS LOCAL 1546 ) | |
| ) | Judge Conlon |
| Plaintiff, ) | Magistrate Judge Valdez |
| ) | |
| v. ) | |
| ) | |
| ILLINOIS AMERICAN WATER ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Illinois-American Water Company in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment (Document 29) denying Defendant's Cross-Motion for Summary Judgment on its Application to Vacate an Arbitrator's Award (Document 18) and the corresponding Memorandum Opinion and Order (Document 28) entered in this action on July 24, 2008.

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

/s/ Terry L. Potter
Terry L. Potter #3129064
720 Olive Street – Suite 2400
St. Louis, Missouri 63101
(314) 345-6000
(314) 345-6060 (facsimile)
Terry.Potter@huschblackwell.com

Counsel for Defendant Illinois-American Water Company

## CERTIFICATE OF SERVICE

The undersigned certifies on this 20th day of August, 2008, a copy the foregoing was served upon the following individual via the Court's electronic case management system:

Charles Orlove
Jacobs, Burs, Orlove, Stanton and Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603

/s/ Terry L. Potter