

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                          312-435-5670

September 10, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: United Food and Comm. -v- IL. American Water

U.S.D.C. DOCKET NO. : 08 cv 1411

U.S.C.A. DOCKET NO. : 08 - 3144

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                    *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):                                   *1 Loose Pleading*

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                            Very truly yours,

                                            Michael W. Dobbins, Clerk

                                            By:_____
                                               D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

> *1 Volume of Pleadings*
> *1 Loose Pleading*

In the cause entitled: United Food and Commercial  -v- IL. American Water Co..

USDC NO.    : 08 cv 1411

USCA NO.    : 08 - 3144

> IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 10th day of Sept. 2008.
>
> MICHAEL W. DOBBINS, CLERK
>
> By: _____
>      D. Jordan, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 08 cv 1411

USCA No.: 08 - 3144

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 6/5/08 | 19 | MEMORANDUM in support by defendant |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 10th day of Sept. 2008.

MICHAEL W. DOBBINS, CLERK

By:_____
   D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01411
## Internal Use Only

1.
United Food and Commercial Workers Local 1546
Health & Welfare Fund v. Illinois American Water Company
Assigned to: Honorable Suzanne B. Conlon

Case in other court: 08-03144

Cause: Civil Miscellaneous Case

Date Filed: 03/10/2008
Date Terminated: 07/24/2008
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**United Food and Commercial Workers Local 1546**    represented by **Charles Orlove**
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue
Suite 1720
Chicago , IL 60603-2002
(312) 372-1646
Email: corlove@jbosh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Illinois American Water Company**    represented by **Terry L. Potter**
Husch Blackwell Sanders LLP
720 Olive Street
Suite 2400
St. Louis , MO 63101
(314) 345-6000
Email: terry.potter@huschblackwell.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2008 | 1 | APPLICATION by United Food and Commercial Workers Local 1546 Health & Welfare Fund to confirm an arbitrator's award: (Attachments: #(1) Arbitrator's Opinion & Award, #(2) Arbitration transcript). Filing fee $39.00. (ar, ) (Entered: 03/11/2008) |
| 03/10/2008 | 2 | CIVIL Cover Sheet. (ar, ) (Entered: 03/11/2008) |
| 03/10/2008 | 3 | ATTORNEY Appearance for Plaintiff United Food and Commercial Workers Local 1546 Health & Welfare Fund by Charles Orlove. (ar, ) (Entered: 03/11/2008) |
| 03/10/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 3/10/2008 in the amount of $39.00, receipt number 2600754. (ar, ) (Entered: 03/11/2008) |
| 03/13/2008 | 5 | NOTICE of Motion by Charles Orlove before Honorable Suzanne B. Conlon on 3/20/2008 at 09:00 AM and then and there move for the entry of an order to confirm and enforce the arbitrator's award 1 . (Orlove, Charles). (Text edited by Clerk's Office). Modified on 3/18/2008 (ar, ). (Entered: 03/13/2008) |
| 03/17/2008 | 6 | ATTORNEY Appearance for Defendant Illinois American Water Company by Terry L. Potter (Potter, Terry) (Entered: 03/17/2008) |
| 03/17/2008 | 7 | MOTION by Defendant Illinois American Water Company to reset Hearing *and Request for Briefing Schedule* (Potter, Terry) (Entered: 03/17/2008) |
| 03/17/2008 | 8 | MINUTE entry before Judge Honorable Suzanne B. Conlon: Status hearing set on 04/15/08 at 9:00 AM. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the court's action herein and to forward a copy of the court's procedure guidelines to defendant(s). The standing order on case management procedures is available on the court's website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744. (ar, ) (Entered: 03/20/2008) |
| 03/20/2008 | 9 | MINUTE entry before Judge Honorable Suzanne B. Conlon:Defendant's motion 7 to reset a "hearing on March 20, 2008" is moot. No hearing has been set by this court on March 20, 2008. See order of March 17, 2008 setting status hearing on April 15, 2008. Notices mailed by Judicial staff. (wyh, ) (Entered: 03/25/2008) |
| 03/28/2008 | 10 | Answer to Plaintiff's Application to Confirm an Arbitrator's Award by Illinois American Water Company (Potter, Terry) (Entered: 03/28/2008) |
| 03/28/2008 | 11 | Counterclaim to Vacate the Arbitration Award by Illinois American Water |

| | | |
|---|---|---|
| | | Company (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Potter, Terry) (Entered: 03/28/2008) |
| 04/09/2008 | 12 | MOTION by Plaintiff United Food and Commercial Workers Local 1546 to strike other 11 , other 10 *Defendant's Answer and Counterclaim* (Attachments: # 1 Exhibit 1 A, part 1 - Transcript, # 2 Exhibit 1 A, part 2, # 3 Exhibit 1 A, part 3, # 4 Exhibit 1 A, part 4 - Transcript, # 5 Exhibit  1 A, part 5 - Transcript, # 6 Exhibit  1 A, part 6 - Transcript, # 7 Exhibit 1 B - Demand for Arbitration, # 8 Errata 1 C - Disciplinary Suspension- Last Chance Agreement, # 9 Exhibit  1 D - Union's third step Notice, # 10 Exhibit 1 E - Letter of Termination - Williams, # 11 Errata Exhibit 1 F - Grievance over Williams Discharge, # 12 Exhibit 1 G - Grievance over Williams' Discipline, # 13 Exhibit  1 H - Company answer to Grievance over Williams' Discipline, # 14 Exhibit  1 I - Company answer to Grievant's third step (redacted), # 15 Exhibit 1 J - Company answer to Grievance third step (not redacted))(Orlove, Charles) (Entered: 04/09/2008) |
| 04/14/2008 | 13 | MINUTE entry before Judge Honorable Suzanne B. Conlon: Plaintiff's motion to strike defendant's answer and counterclaim is taken under advisement 12 . Defendant shall respond by 04/22/08. (ar, ) (Entered: 04/14/2008) |
| 04/15/2008 | 14 | MINUTE entry before Judge Honorable Suzanne B. Conlon: Status hearing held. Dispositive motions are due by 05/16/08. Responses shall be filed by 06/05/08 and any replies are due by 06/12/08. (ar, ) (Entered: 04/17/2008) |
| 04/22/2008 | 15 | RESPONSE by Defendant Illinois American Water Company in opposition to Plaintiff's motion 12 to strike answer and counterlaim and supporting points and authorities. (Potter, Terry). (Text edited by Clerk's Office). Modified on 4/23/2008 (ar, ). (Entered: 04/22/2008) |
| 04/22/2008 | 16 | MOTION by Defendant Illinois American Water Company to withdraw *its Answer and Counterclaim and File a Cross Application to Vacate* (Attachments: # 1 Exhibit 1)(Potter, Terry) (Entered: 04/22/2008) |
| 05/19/2008 | 17 | MINUTE entry before the Honorable Suzanne B. Conlon:Defendant's motion to withdraw its answer and counterclaim and for leave to file a cross application to vacate 16 is granted. Defendant's answer 10 and counterclaim 11 are withdrawn. Plaintiff's motion to strike defendant's answer and counterclaim 12 is moot. On the court's own motion, the deadline for filing dispositive motions is extended to 6/5/08. Responses shall be filed by 6/25/08 and any replies are due by 7/2/08. Notices mailed by Judicial staff. (wyh, ) (Entered: 05/19/2008) |
| 06/05/2008 | 18 | MOTION by Defendant Illinois American Water Company for summary judgment (Potter, Terry) (Entered: 06/05/2008) |
| 06/05/2008 | 19 | MEMORANDUM *in Support of Defendant's Motion for Summary Judgment* (Attachments: # 1 Statement of Uncontroverted Material Facts, # 2 Exhibit 1, |

| | | |
|---|---|---|
| S/C | | # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 3a, # 6 Exhibit 3b, # 7 Exhibit 4)(Potter, Terry) (Entered: 06/05/2008) |
| 06/06/2008 | 20 | MOTION by Plaintiff United Food and Commercial Workers Local 1546 for summary judgment (Orlove, Charles) (Entered: 06/06/2008) |
| 06/06/2008 | 21 | RULE 56 Statement by United Food and Commercial Workers Local 1546 regarding motion for summary judgment 20 (Orlove, Charles) (Entered: 06/06/2008) |
| 06/06/2008 | 22 | MEMORANDUM by United Food and Commercial Workers Local 1546 in support of motion for summary judgment 20 (Orlove, Charles) (Entered: 06/06/2008) |
| 06/25/2008 | 23 | RESPONSE by Plaintiff United Food and Commercial Workers Local 1546 to memorandum in support of motion, 19 *and Statement of Uncontroverted Material Facts* (Orlove, Charles) (Entered: 06/25/2008) |
| 06/25/2008 | 24 | RESPONSE by Illinois American Water Companyin Opposition to MOTION by Plaintiff United Food and Commercial Workers Local 1546 for summary judgment 20 (Potter, Terry) (Entered: 06/25/2008) |
| 07/02/2008 | 25 | REPLY by Plaintiff United Food and Commercial Workers Local 1546 to response in opposition to motion 24 *for Summary Judgment* (Orlove, Charles) (Entered: 07/02/2008) |
| 07/02/2008 | 26 | REPLY by Illinois American Water Company to MOTION by Defendant Illinois American Water Company for summary judgment 18 , Response 23 (Potter, Terry) (Entered: 07/02/2008) |
| 07/24/2008 | 27 | MINUTE entry before the Honorable Suzanne B. Conlon:Plaintiff's motion for summary judgment 20 is granted and defendant's cross-motion 18 is denied. Summary judgment is entered for plaintiff United Food and Commercial Workers Local 1546 and against defendant Illinois American Water Company. The arbitration award is confirmed. ENTER MEMORANDUM OPINION AND ORDER. Notices mailed by Judicial staff. (wyh, ) (Entered: 07/24/2008) |
| 07/24/2008 | 28 | MEMORANDUM Opinion and Order signed by the Honorable Suzanne B. Conlon on 7/24/2008:Notices mailed by Judicial staff. (wyh, ) Modified on 7/24/2008 (ar, ). (Entered: 07/24/2008) |
| 07/24/2008 | 29 | ENTERED JUDGMENT signed by the Honorable Suzanne B. Conlon on 7/24/2008: Case Terminated. Notices mailed by Judicial staff. (wyh, ) (Entered: 07/24/2008) |
| 08/20/2008 | 30 | NOTICE of appeal by Illinois American Water Company regarding orders 29 , 18 , 28 Filing fee $ 455, receipt number 07520000000003037327. (Potter, Terry) (Entered: 08/20/2008) |
| 08/21/2008 | 31 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: |

| | | |
|---|---|---|
| | | 08/21/2008) |
| 08/21/2008 | 32 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 30. Notified counsel (dj, ) (Entered: 08/21/2008) |
| 08/22/2008 | 33 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 30, USCA Case No. 08-3144. (ar, ) (Entered: 08/25/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**